# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS OTONIEL RODRIGUEZ-REYNA,<br><br>    Defendant. | Case No. 2:10-CR-00126-KJD-RJJ<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (#27) of Magistrate Judge Robert J. Johnston entered September 30, 2010, recommending that Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#18) be denied. Though the time for doing so has passed, Defendant has failed to file any objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#27) of the United States Magistrate Judge entered September 30, 2010, should be **ADOPTED** and **AFFIRMED**.

///

///

///

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
2 (#27) entered September 30, 2010, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to
3 Dismiss Based on a Prior Unlawful Deportation (#18) is **DENIED**.
4    DATED this 28th day of October 2010.

_____
Kent J. Dawson
United States District Judge